[No. 53706-7-I.   Division One.   April 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS GARCIA-PALOMARES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-06468-6, Ronald Kessler, J., entered January 12, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53778-4-I.   Division One.   April 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIE DIANE HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00766-2, Ronald L. Castleberry, J., entered February 10, 2004. *Affirmed* by unpublished per curiam opinion.

[Nos. 53848-9-I; 53849-7-I;   Division One.   April 18, 2005.]
54527-2-I.

THE CITY OF AUBURN, *Petitioner*, v. EDWARD KELLY, *Respondent*.

THE CITY OF AUBURN, *Petitioner*, v. ANDREW DE WAELE, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 03-1-04738-1, Linda Lau, J., entered January 30, 2004. *Reversed* by unpublished opinion per Schindler, J., concurred in by Kennedy and Agid, JJ. Now published at 127 Wn. App. 54.

[No. 53965-5-I.   Division One.   April 18, 2005.]

TOIVO L. REDDITT, *Appellant*, v. SU NAM LEE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-3-02998-9, Hollis Holman, J. Pro Tem., entered February 20, 2004. *Affirmed* by unpublished per curiam opinion.